IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:08-CV-248-D

| | | |
|---|---|---|
| LINDA JENKINS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| 5. | ) | ORDER |
| | ) | |
| MICHAEL ASTRUE, | ) | |
| Commissioner of | ) | |
| Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

Upon application of the plaintiff, and with no objection by defendant,

It is ORDERED that the Commissioner of Social Security pay to plaintiff's attorney (as plaintiff's assignee) the sum of $2,624.72 in full satisfaction of any and all claims arising under EAJA, 28 U.S.C. § 2412(d), and upon the payment of such sum this case is dismissed with prejudice.

This 22 day of May, 2009.

_____
UNITED STATES DISTRICT COURT JUDGE